ALICE HUGHES v. FABERGE, INC.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs, with leave to the defendant to answer the complaint herein within five days after service of order, on payment

of said costs and the costs awarded by this court in its order entered May 29, 1942. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.